EDWARD S. WALSH, Respondent, *v.* GEORGE W. HYATT et al., Appellants.

*Walsh* v. *Hyatt*, 74 App. Div. 20, affirmed.
(Argued June 24, 1903; decided October 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

June 10, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Leo J. Kersburg* and *Herbert R. Limburger* for appellants.

*James M. Hunt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, VANN, CULLEN and WERNER, JJ. Absent: MARTIN, J.